UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TIFFANY SCHILLING and TIMOTHY SCHILLING,

                                  Plaintiffs,

    -vs-

BOMBARDIER RECREATIONAL PRODUCTS, INC.
d/b/a BRP, INC.,

                                  Defendant.
_____

**RULE 7.1 DISCLOSURE**

Docket No.
5:25-cv-00036-BKS-TWD

        Pursuant to the Federal Rules of Civil Procedure Rule 7.1, defendant Bombardier Recreational Products, Inc. states that BRP, Inc., a publicly traded company, owns 100% of Bombardier Recreational Products, Inc.'s stock.

Dated: January 8, 2025
        Pittsford, New York

                                  HARRIS BEACH MURTHA CULLINA PLLC

                                  By:    s/Michael J. Masino
                                             Bar Roll No. 502948
                                             Attorneys for Defendant
                                             99 Garnsey Road
                                             Pittsford, New York 14534
                                             (585) 419-8624
                                             mmasino@harrisbeachmurtha.com

TO:    James Alexander, Esq.
         JAMES ALEXANDER LAW
         Attorneys for Plaintiffs
         6713 Collamer Road
         East Syracuse, New York 13057
         (315) 479-8660
         jalexander@cnylaw.com